**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Antonio Lee Horton

Case No: 22–31555 – MER

Debtor(s)

Chapter 13 Case

**ORDER RE: SCHEDULING OF CONFIRMATION HEARING**

It appearing that it would be in the best interests of the creditors and the estate to hold the confirmation hearing in this case on a date earlier than 21 days after the date of the meeting of creditors under section 341(a),

IT IS THEREFORE ORDERED, the hearing on confirmation shall be held not less than 14 days nor more than 20 days after the date of the meeting of creditors in this case.

Dated: 9/23/22

/e/ Michael E Ridgway
United States Bankruptcy Judge

**mnbsch13** 06/22