

November 29, 2022

**VIA ECF/CM AND E-MAIL TO**
**MICHAEL_STEPAN@MNB.USCOURTS.GOV**

The Honorable Michael E. Ridgway
7W Diana E. Murphy United States Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

Re:   In re: Antonio Lee Horton
      U.S. Bankruptcy Court, District of MN: 22-31555 | Our File: 5684:00001

Dear Judge Ridgway:

I have appeared in this action to represent the creditor, Cottage Terrace, LLC. [ECF 15]. My client filed an objection to the confirmation of the Debtor's Chapter 13 plan. [ECF 16].

The parties previously conferred, and the creditor's objection was continued. [ECF 18]. Based on the Debtor's statements a modified plan remains a work in process and will be forthcoming shortly, my client is again continuing its objection and files this correspondence, per the Court's instructions, to create a record of the parties' agreement regarding the continuance and update all parties.

Please do not hesitate to contact me should the Court have any questions; or wish the parties to proceed differently in any regard.

Very truly yours,

**WARNER LAW, LLC**
*/s/ George E. Warner, Jr.*
Attorney at Law

GEW/knf